AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

MIKE GELLER AND MIKE YARBROUGH
AS TRUSTEES OF THE INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL 302 HEALTH AND
WELFARE AND PENSION TRUST FUNDS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

3-D TECHNICAL SERVICES, INC.,
a California Corporation,

**C08 01819 PVT**

E-FILING

TO: 3-D TECHNICAL SERVICES, INC.,
a California Corporation
950 Detroit, Suite 15
Concord, CA 94518

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, CA 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

Tiffany Salinas-Harwell

APR 0 4 2008

DATE

(BY) DEPUTY CLERK