1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 MIKE GELLER AND MIKE YARBROUGH  )  CASE NO.: C08-01819 PVT
   AS TRUSTEES OF THE INTERNATIONAL )
11 BROTHERHOOD OF ELECTRICAL       )  CASE MANAGEMENT
   WORKERS LOCAL 302 HEALTH AND    )  CONFERENCE STATEMENT
12 WELFARE AND PENSION TRUST FUNDS,)  AND PROPOSED ORDER
                                   )
13                  Plaintiff,      )  Date:   July 22, 2008
                                   )  Time:   2:00 P.M.
14 vs.                             )  Place:  Courtroom 5, 4th Floor
                                   )
15 3-D TECHNICAL SERVICES, INC.,   )
   a California Corporation,       )
16                                 )
                    Defendant.      )
17 _____)

18      Plaintiff in the above-entitled action submits this Case Management Statement and
19 proposed order, and requests that the court adopt it as the Case Management Order in this case.
20 The defendant in this matter has not yet been served. A copy of the "Declaration of Diligence"
21 is attached hereto as Exhibit "A". Plaintiffs will request a skip trace and continue service
22 attempts on Defendant.

23                          **DESCRIPTION OF THE CASE**

24      This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust
25 Funds.

26      Plaintiffs would like to continue the case for ninety (90) days to continue to attempt
27 service on defendant and allow time for a response. Therefore, Plaintiffs request that the case
28 be continued until October 21, 2008, for another Case Management Conference.

                                         1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

Respectfully submitted,

Dated: July 8, 2008

_____
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to October 21, 2008, at 2:00 p.m., in Courtroom 5, 4th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: _____    _____

JUDGE OF THE U.S. DISTRICT COURT

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| SUE CAMPBELL, ESQ.<br>LAW OFFICES OF SUE CAMPBELL<br>1155 N. FIRST STREET, SUITE 101<br>SAN JOSE, CA 95112 | (408) 277-0648 | |
| ATTORNEY FOR (NAME) Plaintiff | | |

Insert name of court and name of judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff :
MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE
Defendant :
3-D TECHNICAL SERVICES, INC.

| REFERENCE NO.:<br>40883671 | **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>C08 01819 PVT |
|---|---|---|

I am and was on the dates herein mentioned, over the age of eighteen and not a party to the within action. My business address is: 255 N. Market St., Ste. 246 San Jose, CA 95110. I received the within process on April 18, 2008 and that after due and diligent effort I have been unable to effect personal service on the within named **3-D TECHNICAL SERVICES, INC., A CALIFORNIA CORPORATION**

Residence address (H): UNKNOWN
Business address (B): 950 DETROIT AVENUE, SUITE 15, CONCORD, CA 94518

Below is a list of dates, times and details regarding efforts to effect service.

04/18/2008 @ 11:30AM - WE PICKED UP THE DOCUMENTS FROM THE CLIENT'S OFFICE.
04/21/2008 @ 10:02AM (B) - WE ATTEMPTED SERVICE AT THE ADDRESS PROVIDED BY THE CLIENT OF 950 DETROIT AVENUE, SUITE 15, CONCORD, CA 94518. AN INDUSTRIAL WAREHOUSE IS LOCATED AT THIS ADDRESS. THE BUSINESS WAS CLOSED AND LOCKED WITH A LARGE PADLOCK. WE WERE UNABLE TO SEE INSIDE THE BUSINESS AND NO NOISES WERE HEARD INSIDE. NO HOURS WERE POSTED. SERVICE WAS ATTEMPTED DURING THE FOLLOWING DATES AND TIMES: 04/23/2008 @ 3:08 PM; 04/25/2008 @ 9:39 AM; 04/28/2008 @ 12:45 PM; 05/01/2008 @ 4:40 PM; 05/03/2008 @ 12:00 PM; 05/06/2008 @ 5:03 PM; 05/08/2008 @ 3:20 PM; 05/11/2008 @ 12:32 PM; 05/13/2008 @ 7:21 AM; 05/14/2008 @ 8:50 PM; 05/17/2008 @ 3:57 PM; 05/19/2008 @ 2:00 PM; 05/21/2008 @ 1:01 PM; 05/23/2008 @ 12:47 PM; 05/26/2008 @ 6:41 AM; 05/29/2008 @ 4:35 PM; 06/01/2008 @ 7:26 PM; 06/04/2008 @ 9:59 AM; 06/06/2008 @ 3:38 PM; 06/09/2008 @ 5:54 PM; 06/11/2008 @ 11:26 AM; 06/13/2008 @ 10:03 AM; 06/16/2008 @ 11:20 AM; 06/18/2008 @ 1:41 PM; 06/21/2008 @ 3:15 PM; 06/23/2008 @ 3:52 PM; AND 06/25/2008 @ 10:50 AM. DURING EACH ATTEMPT, THE BUSINESS WAS CLOSED AND LOCKED, AND THE APPEARANCE OF THE BUSINESS REMAINED UNCHANGED. ALL NEIGHBORING BUSINESSES THAT WE SPOKE TO HAD NOT SEEN ANY OCCUPANTS AT THIS LOCATION IN OVER 3 MONTHS.
06/25/2008 @ 2:00PM - THE CLIENT WAS STATUSED VIA TELEPHONE. PER CHRISTINE, RETURN A DECLARATION OF DILIGENCE.

Declarant:
JASON SMITH

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.: 1170
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 25, 2008                    Signature: _____