UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIKE GELLER, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>3-D TECHNICAL SERVICES, INC.,<br><br>    Defendant. | Case No.: C 08-1819 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND SETTING DEADLINE TO FILE DECLARATION RE AGENT FOR SERVICE OF PROCESS** |

On July 8, 2008, Plaintiffs filed a Case Management Conference Statement in which they request a continuance of the Case Management Conference. Based on the Case Management Conference Statement and the file herein,

IT IS HEREBY ORDERED that the Case Management Conference is continued to 2:00 p.m. on October 21, 2008.

IT IS FURTHER ORDERED that, no later than July 31, 2008, Plaintiffs shall file a declaration stating whether Defendant has a agent for service of process registered with the California Secretary of State, and if so, what attempts have been made to serve Defendant via service on its agent for service of process.

Dated: *7/17/08*

                                                          PATRICIA V. TRUMBULL<br>
                                                          United States Magistrate Judge