SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiff,<br><br>vs.<br><br>3-D TECHNICAL SERVICES, INC., a California Corporation,<br><br>Defendant. | CASE NO.: C08-01819 PVT<br><br>DECLARATION OF SUE CAMPBELL |

I, Sue Campbell declare:

Defendant 3-D TECHNICAL SERVICES, INC., a California Corporation has an agent for service of process. Plaintiffs are attempting service on the agent.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 21, 2008

                                          SUE CAMPBELL,
                                          ATTORNEY AT LAW