AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

MIKE GELLER AND MIKE YARBROUGH
AS TRUSTEES OF THE INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL 302 HEALTH AND
WELFARE AND PENSION TRUST FUNDS

**FILED**

JUL 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

**E-FILING**

v.

3-D TECHNICAL SERVICES, INC.,
a California Corporation,

CASE NUMBER:

## C08 01819 PVT

TO:     3-D TECHNICAL SERVICES, INC.,
a California Corporation
950 Detroit, Suite 15
Concord, CA 94518

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

SUE CAMPBELL
Attorney at Law
1155 North First Street, Suite 101
San Jose, CA 95112
(408) 277-0648

an answer to the complaint which is herewith served upon you, within 20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

_____
CLERK

APR 0 4 2008
_____
DATE

Tiffany Salinas-Harwell

. NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

SUE CAMPBELL, ESQ.
LAW OFFICES OF SUE CAMPBELL
1155 N. FIRST STREET. SUITE 101
SAN JOSE. CA 95112
Telephone: (408) 277-0648

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL<br><div align="right">Plaintiff.</div> | CASE NUMBER<br><br>C08 01819 PVT |
| 3-D TECHNICAL SERVICES, INC.<br><br><div align="right">Defendant.</div> | **DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DISTRICT COURT GUIDELINES; CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/ SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES; GENERAL ORDER NO. 40; GENERAL ORDER NO. 45; GENERAL ORDER NO. 53; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; ADR CERTIFICATION BY PARTIES AND COUNSEL; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES

in the within action by personally delivering true copies thereof to the person served as follows:

Served          : 3-D TECHNICAL SERVICES, INC., A CALIFORNIA
                  CORPORATION
By Serving       :Thomas Del Beccaro, Agent For Service Of Process

Address          : ( Business ) 3-D TECHNICAL SERVICES, INC.

                  800 S. Broadwav. Suite 301
                  Walnut Creek. Ca 94596
Date of Service : July 22, 2008

Time of Service : 10:51AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: Julv 22, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1170

Signature: _____
                    JASON SMITH